| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Dennis M. Mahoney<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–5713<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Patricia A. Mahoney<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1913<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    2/15/18 |
| Case number: | 18–13028–ABA | Date case converted to chapter: | 7    6/22/18 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Dennis M. Mahoney | Patricia A. Mahoney |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 315 Bergen Street<br>Gloucester City, NJ 08030 | 315 Bergen Street<br>Gloucester City, NJ 08030 |
| 4. | **Debtor's attorney**<br>Name and address | Mark W Ford<br>Law Office of Mark W. Ford, LLC<br>P.O. Box 110<br>4 1/2 North Broadway<br>Gloucester City, NJ 08030 | Contact phone (856) 456–8811 |
| 5. | **Bankruptcy trustee**<br>Name and address | Brian Thomas<br>Brian Thomas, Esq<br>327 Central Avenue<br>Suite 103<br>Linwood, NJ 08221 | Contact phone (609) 601–6066 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Case 18-13028-ABA    Doc 48    Filed 06/27/18    Entered 06/28/18 00:36:51    Desc Imaged
                              Certificate of Notice    Page 3 of 6
Debtor **Dennis M. Mahoney** and **Patricia A. Mahoney**                                    Case number **18–13028–ABA**

| 6. **Bankruptcy clerk's office** | 401 Market Street<br>Camden, NJ 08102 | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Contact phone 856–361–2300<br><br>Date: 6/25/18 |
| 7. **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **July 31, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101** |
| 8. **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 10/1/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-13028-ABA
Dennis M. Mahoney                                                       Chapter 7
Patricia A. Mahoney
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Jun 25, 2018
                              Form ID: 309A            Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db/jdb         +Dennis M. Mahoney,    Patricia A. Mahoney,    315 Bergen Street,    Gloucester City, NJ 08030-1704
517336452      +Anyzek Fuel,    916 Market Street,    Gloucester City, NJ 08030-1861
517336265      #Ariva Medical,    Payment Processing,    4252 NW 10th Avenue,    Pompano Beach, FL 33065-7603
517385836      +City of Gloucester City,    Brett Wiltsey, Esq.,    c/o Dilworth Paxson LLP,
                 457 Haddonfield Road, Ste 700,    PO Box 2570,    Cherry Hill, NJ 08034-0371
517336266      +City of Gloucester Tax Office,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
517336268       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia PA 19195-4350
517336269      +Debt Recovery Solutions, LLC,    P.O. Box 9018,    Syosset, NY 11791-9018
517336270      +Delaware Valley Urology, LLC,    PO Box 102,    Mount Laurel NJ 08054-0102
517336271      +Dilworth and Paxson,    457 Haddonfield Road,    Suite 700,    Cherry Hill, NJ 08002-2221
517336272      +Edward L Lundy, DO,    1017 Market Street,    Gloucester City, NJ 08030-1847
517336273       Haddon Emergency Physicians,    PO Box 41541,    Philadelphia PA 19101-1541
517336274       Lab Corp. of American Holdings,    PO Box 2240,    Burlington NC 27216-2240
517336275      +Lisa A Rink Family Medicine, LLC,    PO Box 1338,    Bellmawr, NJ 08099-5338
517336276       Lourdes Anes Assoc. PA,    PO Box 8505,    Cherry Hill NJ 08002-0505
517336277      +Lourdes Cardiology Services, P.C.,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336278      +Lourdes EMS,    827 Jersey Avenue,    Gloucester City, NJ 08030-2418
517336279      +Lourdes Medical Imaging Assoc.,    PO Box 824626,    Philadelphia PA 19182-4626
517336281       Medexpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
517336282       Our Lady of Lourdes,    PO Box 822099,    Philadelphia PA 19182-2099
517336283      +Pulmonary & Sleep Associates,    of S. Jersey,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517336284       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517336285       Rancocas Anesthesiology,    PO Box 45000-3170,    Philadelphia PA 19195-0001
517336286      +Tri-State Pathology Consultant,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336287       UMDNJ-School of Osteopathic Medicine,    PO Box 635,    Bellmawr, NJ 08099-0635
517336289       Virtua Health System,    1000 Midlantic Avenue,    Camden, NJ 08104
517336290       WU Rehabilitation Associates LLC,    c/o Action Collection,    PO Box 351,
                 Livingston, NJ 07039-0351
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: markfordlaw@juno.com Jun 25 2018 23:35:39     Mark W Ford,
                 Law Office of Mark W. Ford, LLC,    P.O. Box 110,    4 1/2 North Broadway,
                 Gloucester City, NJ  08030
tr             +EDI: QBTHOMAS.COM Jun 26 2018 03:13:00      Brian Thomas,    Brian Thomas, Esq,
                 327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2018 23:36:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2018 23:36:49     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517473057       EDI: RESURGENT.COM Jun 26 2018 03:13:00      Ashley Funding Services, LLC its successors and,
                 assigns as assignee of Laboratory,    Corporation of America Holdings,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517336267       E-mail/Text: legal-dept@cooperhealth.edu Jun 25 2018 23:36:51     CMC Psychiatric Assoc.,
                 P.O. Box 6021,    Bellmawr, NJ 08099-6021
517336280       E-mail/Text: camanagement@mtb.com Jun 25 2018 23:36:24     M&T Bank,    6301 Woodland Avenue,
                 Philadelphia PA 19142
517474970       E-mail/Text: camanagement@mtb.com Jun 25 2018 23:36:24     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517336288      +EDI: VERIZONCOMB.COM Jun 26 2018 03:13:00      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 9
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Jun 25, 2018
                              Form ID: 309A            Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2018 at the address(es) listed below:
              Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark W Ford    on behalf of Debtor Dennis M. Mahoney markfordlaw@juno.com
              Mark W Ford    on behalf of Joint Debtor Patricia A. Mahoney markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6
```