UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
M&T Bank

In Re:
    Mahoney, Patricia A. Mahoney, Dennis M.

**Order Filed on December 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:    18-13028 ABA

Hearing Date: 12/4/18

Judge:   Andrew B. Altenburg Jr.

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 4, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of <u>M&T Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■  Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   315 Bergen Street, Gloucester City NJ 08030**

- ☐  Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis M. Mahoney  
Patricia A. Mahoney  
    Debtors

Case No. 18-13028-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 04, 2018  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2018.  
db/jdb        +Dennis M. Mahoney,    Patricia A. Mahoney,    315 Bergen Street,    Gloucester City, NJ 08030-1704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2018                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2018 at the address(es) listed below:  
       Brian Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com  
       Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Mark W Ford    on behalf of Debtor Dennis M. Mahoney markfordlaw@juno.com  
       Mark W Ford    on behalf of Joint Debtor Patricia A. Mahoney markfordlaw@juno.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                 TOTAL: 6