Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                          Case No.: 18−13028−ABA
                          Chapter: 7
                          Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dennis M. Mahoney                                    Patricia A. Mahoney
   315 Bergen Street                                        315 Bergen Street
   Gloucester City, NJ 08030                          Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−5713                                                 xxx−xx−1913

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Brian Thomas, Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Andrew B. Altenburg Jr. on,

Date: 1/22/19
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Dated: December 19, 2018
JAN:

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dennis M. Mahoney  
Patricia A. Mahoney  
    Debtors

Case No. 18-13028-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Dec 19, 2018  
                         Form ID: 170     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.

```
db/jdb         +Dennis M. Mahoney,    Patricia A. Mahoney,    315 Bergen Street,    Gloucester City, NJ 08030-1704
517336452      +Anyzek Fuel,    916 Market Street,    Gloucester City, NJ 08030-1861
517385836      +City of Gloucester City,    Brett Wiltsey, Esq.,    c/o Dilworth Paxson LLP,
                 457 Haddonfield Road, Ste 700,    PO Box 2570,    Cherry Hill, NJ 08034-0371
517336266      +City of Gloucester Tax Office,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
517336268       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia PA 19195-4350
517336269      +Debt Recovery Solutions, LLC,    P.O. Box 9018,    Syosset, NY 11791-9018
517336270      +Delaware Valley Urology, LLC,    15000 Midlantic Drive,    Suite 100,
                 Mount Laurel NJ 08054-1573
517336271      +Dilworth and Paxson,    457 Haddonfield Road,    Suite 700,    Cherry Hill, NJ 08002-2221
517336272      +Edward L Lundy, DO,    1017 Market Street,    Gloucester City, NJ 08030-1847
517336273       Haddon Emergency Physicians,    PO Box 41541,    Philadelphia PA 19101-1541
517336274       Lab Corp. of American Holdings,    PO Box 2240,    Burlington NC 27216-2240
517336275      +Lisa A Rink Family Medicine, LLC,    PO Box 1338,    Bellmawr, NJ 08099-5338
517336276       Lourdes Anes Assoc. PA,    PO Box 8505,    Cherry Hill NJ 08002-0505
517336277      +Lourdes Cardiology Services, P.C.,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336278      +Lourdes EMS,    827 Jersey Avenue,    Gloucester City, NJ 08030-2418
517336279      +Lourdes Medical Imaging Assoc.,    PO Box 824626,    Philadelphia PA 19182-4626
517336281       Medexpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
517336282       Our Lady of Lourdes,    PO Box 822099,    Philadelphia PA 19182-2099
517336283      +Pulmonary & Sleep Associates,    of S. Jersey,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517336284       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517336285       Rancocas Anesthesiology,    PO Box 45000-3170,    Philadelphia PA 19195-0001
517336286      +Tri-State Pathology Consultant,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336287       UMDNJ-School of Osteopathic Medicine,    PO Box 635,    Bellmawr, NJ 08099-0635
517336289       Virtua Health System,    1000 Midlantic Avenue,    Camden, NJ 08104
517336290       WU Rehabilitation Associates LLC,    c/o Action Collection,    PO Box 351,
                 Livingston, NJ 07039-0351
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 20 2018 00:23:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 20 2018 00:23:55      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517473057       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 20 2018 00:33:48
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517336267       E-mail/Text: legal-dept@cooperhealth.edu Dec 20 2018 00:23:57      CMC Psychiatric Assoc.,
                 P.O. Box 6021,    Bellmawr, NJ 08099-6021
517336280       E-mail/Text: camanagement@mtb.com Dec 20 2018 00:23:29      M&T Bank,    6301 Woodland Avenue,
                 Philadelphia PA 19142
517474970       E-mail/Text: camanagement@mtb.com Dec 20 2018 00:23:29      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
517336288      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 20 2018 00:22:43
                 Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517336265       ##Ariva Medical,    Payment Processing,    4252 NW 120th Avenue,    Pompano Beach, FL 33065-7603
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                Signature:  /s/Joseph Speetjens 

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Dec 19, 2018
                              Form ID: 170             Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2018 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark W Ford    on behalf of Debtor Dennis M. Mahoney markfordlaw@juno.com
              Mark W Ford    on behalf of Joint Debtor Patricia A. Mahoney markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```