**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dennis M. Mahoney** | Social Security number or ITIN   xxx–xx–5713 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Patricia A. Mahoney** | Social Security number or ITIN   xxx–xx–1913 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–13028–ABA

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patricia A. Mahoney

2/8/19

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:
Dennis M. Mahoney
Patricia A. Mahoney
      Debtors

Case No. 18-13028-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2      Date Rcvd: Feb 08, 2019
                   Form ID: 318JO2    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2019.

```
db/jdb       +Dennis M. Mahoney,    Patricia A. Mahoney,    315 Bergen Street,    Gloucester City, NJ 08030-1704
517336452    +Anyzek Fuel,    916 Market Street,    Gloucester City, NJ 08030-1861
517336265     Ariva Medical,    30 South Keller Road,    Suite 100,    Orlando, FL 32810-6297
517385836    +City of Gloucester City,    Brett Wiltsey, Esq.,    c/o Dilworth Paxson LLP,
               457 Haddonfield Road, Ste 700,    PO Box 2570,    Cherry Hill, NJ 08034-0371
517336266    +City of Gloucester Tax Office,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
517336268     Cooper University Health Care,    PO Box 95000-4345,    Philadelphia PA 19195-4350
517336269    +Debt Recovery Solutions, LLC,    P.O. Box 9018,    Syosset, NY 11791-9018
517336270    +Delaware Valley Urology, LLC,    15000 Midlantic Drive,    Suite 100,
               Mount Laurel NJ 08054-1573
517336271    +Dilworth and Paxson,    457 Haddonfield Road,    Suite 700,    Cherry Hill, NJ 08002-2221
517336272    +Edward L Lundy, DO,    1017 Market Street,    Gloucester City, NJ 08030-1847
517336273     Haddon Emergency Physicians,    PO Box 41541,    Philadelphia PA 19101-1541
517336274     Lab Corp. of American Holdings,    PO Box 2240,    Burlington NC 27216-2240
517336275    +Lisa A Rink Family Medicine, LLC,    PO Box 1338,    Bellmawr, NJ 08099-5338
517336276     Lourdes Anes Assoc. PA,    PO Box 8505,    Cherry Hill NJ 08002-0505
517336277    +Lourdes Cardiology Services, P.C.,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336278    +Lourdes EMS,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336279    +Lourdes Medical Imaging Assoc.,    PO Box 824626,    Philadelphia PA 19182-4626
517336281     Medexpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
517336282     Our Lady of Lourdes,    PO Box 822099,    Philadelphia PA 19182-2099
517336283     Pulmonary & Sleep Associates,    of S. Jersey,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517336284     Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517336285     Rancocas Anesthesiology,    PO Box 45000-3170,    Philadelphia PA 19195-0001
517336286    +Tri-State Pathology Consultant,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336287     UMDNJ-School of Osteopathic Medicine,    PO Box 635,    Bellmawr, NJ 08099-0635
517336289     Virtua Health System,    1000 Midlantic Avenue,    Camden, NJ 08104
517336290     WU Rehabilitation Associates LLC,    c/o Action Collection,    PO Box 351,
               Livingston, NJ 07039-0351
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr           +EDI: QBTHOMAS.COM Feb 09 2019 05:03:00      Brian Thomas,    Brian Thomas, Esq,
               327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Feb 09 2019 00:40:44      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 09 2019 00:40:39      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517473057     EDI: RESURGENT.COM Feb 09 2019 05:03:00      Ashley Funding Services, LLC its successors and,
               assigns as assignee of Laboratory,    Corporation of America Holdings,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517336267     E-mail/Text: legal-dept@cooperhealth.edu Feb 09 2019 00:40:43      CMC Psychiatric Assoc.,
               P.O. Box 6021,    Bellmawr, NJ 08099-6021
517336280     E-mail/Text: camanagement@mtb.com Feb 09 2019 00:40:09      M&T Bank,    6301 Woodland Avenue,
               Philadelphia PA 19142
517474970     E-mail/Text: camanagement@mtb.com Feb 09 2019 00:40:09      M&T Bank,    P.O. Box 1288,
               Buffalo, NY 14240-1288
517336288    +EDI: VERIZONCOMB.COM Feb 09 2019 05:03:00      Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                          TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brian Thomas,    Brian Thomas, Esq,    327 Central Avenue,    Suite 103,    Linwood, NJ 08221-2026
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                   Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin             Page 2 of 2          Date Rcvd: Feb 08, 2019
                             Form ID: 318JO2          Total Noticed: 34

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2019 at the address(es) listed below:
          Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   M&T BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Mark W Ford    on behalf of Debtor Dennis M. Mahoney markfordlaw@juno.com
          Mark W Ford    on behalf of Joint Debtor Patricia A. Mahoney markfordlaw@juno.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                           TOTAL: 7