UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Dennis M. Mahoney  
Patricia A. Mahoney

Case No.: __18-13028/__  
Chapter: __7__  
Judge: __ABA__

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse  
401 Market Street  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __04/16/19__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 315 Bergen Street  
Gloucester City, NJ  
Value $67,001.00

Liens on property: M&T Bank  
$91,388.00

Amount of equity claimed as exempt:

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee  
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221  
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                          Case No. 18-13028-ABA
Dennis M. Mahoney                                               Chapter 7
Patricia A. Mahoney
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Mar 15, 2019
                               Form ID: pdf905             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db/jdb         +Dennis M. Mahoney,    Patricia A. Mahoney,    315 Bergen Street,    Gloucester City, NJ 08030-1704
517336452      +Anyzek Fuel,    916 Market Street,    Gloucester City, NJ 08030-1861
517336265       Ariva Medical,    30 South Keller Road,    Suite 100,    Orlando, FL 32810-6297
517385836      +City of Gloucester City,    Brett Wiltsey, Esq.,    c/o Dilworth Paxson LLP,
                 457 Haddonfield Road, Ste 700,    PO Box 2570,    Cherry Hill, NJ 08034-0371
517336266      +City of Gloucester Tax Office,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
517336268       Cooper University Health Care,    PO Box 95000-4345,    Philadelphia PA 19195-4350
517336269      +Debt Recovery Solutions, LLC,    P.O. Box 9018,    Syosset, NY 11791-9018
517336270      +Delaware Valley Urology, LLC,    15000 Midlantic Drive,    Suite 100,
                 Mount Laurel NJ 08054-1573
517336271      +Dilworth and Paxson,    457 Haddonfield Road,    Suite 700,    Cherry Hill, NJ 08002-2221
517336272      +Edward L Lundy, DO,    1017 Market Street,    Gloucester City, NJ 08030-1847
517336273       Haddon Emergency Physicians,    PO Box 41541,    Philadelphia PA 19101-1541
517336274       Lab Corp. of American Holdings,    PO Box 2240,    Burlington NC 27216-2240
517336275      +Lisa A Rink Family Medicine, LLC,    PO Box 1338,    Bellmawr, NJ 08099-5338
517336276       Lourdes Anes Assoc. PA,    PO Box 8505,    Cherry Hill NJ 08002-0505
517336277      +Lourdes Cardiology Services, P.C.,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336278      +Lourdes EMS,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336279      +Lourdes Medical Imaging Assoc.,    PO Box 824626,    Philadelphia PA 19182-4626
517336281       Medexpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
517336282       Our Lady of Lourdes,    PO Box 822099,    Philadelphia PA 19182-2099
517336283       Pulmonary & Sleep Associates,    of S. Jersey,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517336284       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517336285       Rancocas Anesthesiology,    PO Box 45000-3170,    Philadelphia PA 19195-0001
517336286      +Tri-State Pathology Consultant,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336287       UMDNJ-School of Osteopathic Medicine,    PO Box 635,    Bellmawr, NJ 08099-0635
517336289       Virtua Health System,    1000 Midlantic Avenue,    Camden, NJ 08104
517336290       WU Rehabilitation Associates LLC,    c/o Action Collection,    PO Box 351,
                 Livingston, NJ 07039-0351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 16 2019 01:16:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 16 2019 01:16:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517473057       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 16 2019 01:10:59
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517336267       E-mail/Text: legal-dept@cooperhealth.edu Mar 16 2019 01:16:36      CMC Psychiatric Assoc.,
                 P.O. Box 6021,   Bellmawr, NJ 08099-6021
517336280       E-mail/Text: camanagement@mtb.com Mar 16 2019 01:16:05      M&T Bank,   6301 Woodland Avenue,
                 Philadelphia PA 19142
517474970       E-mail/Text: camanagement@mtb.com Mar 16 2019 01:16:05      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
517336288      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 16 2019 01:14:58
                 Verizon,   PO Box 4833,    Trenton, NJ 08650-4833
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2             Date Rcvd: Mar 15, 2019
                               Form ID: pdf905          Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark W Ford    on behalf of Debtor Dennis M. Mahoney markfordlaw@juno.com
              Mark W Ford    on behalf of Joint Debtor Patricia A. Mahoney markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 7
```