Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−13028−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Dennis M. Mahoney
315 Bergen Street
Gloucester City, NJ 08030

Patricia A. Mahoney
430 South Broadway
Gloucester City, NJ 08030

Social Security No.:
   xxx−xx−5713                                           xxx−xx−1913

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: May 8, 2019
JAN: mrm

                                        Jeanne Naughton
                                        Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 18-13028-ABA
Dennis M. Mahoney                                            Chapter 7
Patricia A. Mahoney
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: May 08, 2019
                              Form ID: cscnodsc        Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db            +Dennis M. Mahoney,    315 Bergen Street,    Gloucester City, NJ 08030-1704
jdb           +Patricia A. Mahoney,    430 South Broadway,    Gloucester City, NJ 08030-2369
517336452     +Anyzek Fuel,    916 Market Street,    Gloucester City, NJ 08030-1861
517336265      Ariva Medical,    30 South Keller Road,    Suite 100,    Orlando, FL 32810-6297
517385836     +City of Gloucester City,    Brett Wiltsey, Esq.,    c/o Dilworth Paxson LLP,
                457 Haddonfield Road, Ste 700,    PO Box 2570,    Cherry Hill, NJ 08034-0371
517336266     +City of Gloucester Tax Office,    512 Monmouth Street,    Gloucester City, NJ 08030-1793
517336268      Cooper University Health Care,    PO Box 95000-4345,    Philadelphia PA 19195-4350
517336269     +Debt Recovery Solutions, LLC,    P.O. Box 9018,    Syosset, NY 11791-9018
517336270     +Delaware Valley Urology, LLC,    15000 Midlantic Drive,    Suite 100,
                Mount Laurel NJ 08054-1573
517336271     +Dilworth and Paxson,    457 Haddonfield Road,    Suite 700,    Cherry Hill, NJ 08002-2221
517336272     +Edward L Lundy, DO,    1017 Market Street,    Gloucester City, NJ 08030-1847
517336273      Haddon Emergency Physicians,    PO Box 41541,    Philadelphia PA 19101-1541
517336274      Lab Corp. of American Holdings,    PO Box 2240,    Burlington NC 27216-2240
517336275     +Lisa A Rink Family Medicine, LLC,    PO Box 1338,    Bellmawr, NJ 08099-5338
517336276      Lourdes Anes Assoc. PA,    PO Box 8505,    Cherry Hill NJ 08002-0505
517336277     +Lourdes Cardiology Services, P.C.,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336278     +Lourdes EMS,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336279     +Lourdes Medical Imaging Assoc.,    PO Box 824626,    Philadelphia PA 19182-4626
517336281      Medexpress Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
517336282      Our Lady of Lourdes,    PO Box 822099,    Philadelphia PA 19182-2099
517336283      Pulmonary & Sleep Associates,    of S. Jersey,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517336284      Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517336285      Rancocas Anesthesiology,    PO Box 45000-3170,    Philadelphia PA 19195-0001
517336286     +Tri-State Pathology Consultant,    1600 Haddon Avenue,    Camden, NJ 08103-3101
517336287      UMDNJ-School of Osteopathic Medicine,    PO Box 635,    Bellmawr, NJ 08099-0635
517336289      Virtua Health System,    1000 Midlantic Avenue,    Camden, NJ 08104
517336290      WU Rehabilitation Associates LLC,    c/o Action Collection,    PO Box 351,
                Livingston, NJ 07039-0351

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 00:22:05      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 00:22:02      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517473057      E-mail/PDF: resurgentbknotifications@resurgent.com May 09 2019 00:18:17
                Ashley Funding Services, LLC its successors and,     assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
517336267      E-mail/Text: legal-dept@cooperhealth.edu May 09 2019 00:22:05      CMC Psychiatric Assoc.,
                P.O. Box 6021,    Bellmawr, NJ 08099-6021
517336280      E-mail/Text: camanagement@mtb.com May 09 2019 00:21:33      M&T Bank,    6301 Woodland Avenue,
                Philadelphia PA 19142
517474970      E-mail/Text: camanagement@mtb.com May 09 2019 00:21:33      M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
517336288     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 09 2019 00:20:49
                Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
                                                                                               TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-1               User: admin                    Page 2 of 2                   Date Rcvd: May 08, 2019
                                   Form ID: cscnodsc              Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.axosfs.com
              Brian   Thomas    brian@brianthomaslaw.com,   bthomas@ecf.axosfs.com
              Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    M&T BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark W Ford    on behalf of Debtor Dennis M. Mahoney markfordlaw@juno.com
              Mark W Ford    on behalf of Joint Debtor Patricia A. Mahoney markfordlaw@juno.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                          TOTAL: 7
```